**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20083-CR-MARTINEZ**

**UNITED STATES OF AMERICA**

**v.**

**WALDY AMAURY FABIAN CASTRO,**

**Defendant.**
______________________________________/

# FACTUAL PROFFER

The United States of America and Waldy Amaury Fabian Castro (the "defendant") agree that, had this case gone to trial, the United States would have proven the following facts beyond a reasonable doubt:

The defendant is a citizen and national of Dominican Republic. The defendant has no legal status in the United States. In or around 2024, the defendant illegally entered the United States. Upon the defendant's entry, the defendant resided in Miami, Florida. During that time, the defendant unlawfully possessed a fraudulent Puerto Rican driver's license, a social security card, and birth certificate under R.L.V.P.'s name, and used those documents to falsely claim that he was a citizen of the United States.

On September 19, 2024, the defendant used these means of identification to unlawfully obtain a Florida driver's license. The defendant's receipt of the Florida driver's license was a state benefit. In obtaining the Florida driver's license, the defendant knowingly made a false statement and claim that he was a citizen of the United States, when in truth and fact, and as the defendant then and there well knew, he is an alien illegally present in the United States.

The information contained in this proffer is not a complete recitation of the facts and circumstances of this case, but the parties agree it is sufficient to prove Count 1 of the Indictment beyond a reasonable doubt.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

DATE: 08/04/26 BY: For:
JACKSON K. DERING V
ASSISTANT UNITED STATES ATTORNEY

DATE: 8/4/26 BY: ____________________
MARISA TANEY
COUNSEL FOR THE DEFENDANT

DATE: 8/4/26 BY: ____________________
WALDY AMAURY FABIAN CASTRO
DEFENDANT